### UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>UNTO, IMELDA P<br><br>UNTO-FAHEY, IMELDA P<br><br>                   Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 06-72486 MB<br><br>HONORABLE  MANUEL BARBOSA |

### TRUSTEE'S FINAL REPORT

To:    THE HONORABLE  MANUEL BARBOSA
       BANKRUPTCY JUDGE

NOW COMES JOSEPH D. OLSEN, Trustee herein, and respectfully submits to the Court

and to the United States Trustee his/her Final Report in accordance with 11 U.S.C. §704(9).

1.     JOSEPH D. OLSEN was appointed as the Chapter 7 trustee ("Trustee").  The Petition

commencing this case was filed on 12/29/06.  An order for relief under Chapter 7 was entered on

12/29/06.  The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2.     The Trustee certifies that he/she has concluded the administration of this estate and has

performed the duties enumerated in Section 704 of the Bankruptcy Code.  The nonexempt assets of

the estate have either been converted to cash, disposed of under orders of this Court, or are sought

to be abandoned by the Trustee; there is no other property belonging to the estate; there are no

matters pending or undetermined; claims have been reviewed as necessary and appropriate; and all

claim objections have been resolved to the best of the Trustee's knowledge.  The Trustee certifies

that this estate is ready to be closed.  The tasks performed by the Trustee are set forth on Exhibit A.

3.   The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought

to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.   A summary of the Trustee's Final Report as of October 5, 2007 is as follows:

| | | | |
|---|---|---|---|
| a. | RECEIPTS (See Exhibit C) | | 19,544.55 |
| b. | DISBURSEMENTS (See Exhibit C) | | 31.37 |
| c. | NET CASH available for distribution | | 19,513.18 |
| d. | TRUSTEE/PROFESSIONAL COSTS | | |
| | 1. | Trustee compensation requested (See Exhibit E.) | 2,704.46 |
| | 2. | Trustee Expenses (See Exhibit E.) | 89.16 |
| | 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit F.) | 1,280.00 |
| | 4. | Estimated compensation and expense reimbursement request (See Exhibit F.) | |

5.   The Bar Date for filing unsecured claims expired on 07/10/07.

6.   All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by

the Trustee (as necessary and appropriate, a copy of the Trustee's proposed distribution is attached

as Exhibit D).   The actual dollar amount of claims allowed and/or requested for this estate is as

follows:

| | | |
|---|---|---|
| a. | Allowed unpaid secured claims | 0.00 |
| b. | Chapter 7 administrative and 28 U.S.C. §1930 claims | 4,073.62 |
| c. | Allowed Chapter 11 administrative claims | 0.00 |
| d. | Allowed priority claims | 0.00 |
| e. | Allowed unsecured claims | 222,666.19 |

7.   Trustee proposes that unsecured creditors receive a distribution of 5.83% of allowed claims.

8.      Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00. Professional's compensation and expense requested but not yet allowed is $1,280.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $1,280.00. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9.      A fee of $1,474.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

        WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

                                        RESPECTFULLY SUBMITTED:


DATE: __10/5/07____                     __s/s  Joseph D. Olsen_____
                                        JOSEPH D. OLSEN
                                        YALDEN, OLSEN & WILLETTE
                                        1318 EAST STATE STREET
                                        ROCKFORD, IL  61104-2228

## EXHIBIT A

## TRUSTEE'S NARRATIVE

Case had some interesting points. It was revealed at the First Meeting of Creditors that the Debtor was a nurse and was married to a doctor, who upon subsequent investigation, had lost his license. They had lived in Tulsa Oklahoma and I guess the question was why they moved and what was going on in a doctor and a nurse's life. It turns out that the doctor was under indictment for illegally distributing drugs out of a clinic in Tulsa called Utica Physical Therapy in which the Debtors had an interest. There was a buy-sell agreement for the Utica Physical Therapy shares of stock but, of course, they were claiming a lot of offsets because of the debtor's individual guarantee of the building lease, as well as all the good will damages to the Utica Physical Therapy clinic due to the bad publicity from the doctor's indictment. So, the Trustee came across several e-mails through production whereby pre-petition they were attempting to negotiate a settlement of the shares of stock for $15,000.00. The Trustee was able to revive that settlement agreement and sell the shares of stock for that amount and also sell a grand piano back to the debtors.

## TASKS PERFORMED BY TRUSTEE

1.      Preliminary review of Debtor's Petition, Statement of Affairs and Schedules prior to conduct of First Meeting of Creditors;

2.      Examination of Debtor at First Meeting of Creditors, discovery of potential assets including;

      a.)      Sale of assets and liquidation of LLC in Tulsa Oklahoma

3.      Conducted preliminary discovery with regard to the location and identity of the Debtor's underlying financial affairs;

4.      Prepared all forms necessary for the administration of the estate including the estate property record, cash receipts and disbursements ledgers, employer identification number, opening of depository accounts, preparation of final and supplemental final reports;

5.      Review of the Debtor's financial records with regard to other avoidable transfers or undisclosed assets;

6.      Conferences with Trustee's attorneys regarding the progress of liquidation/recovery of estate assets;

## EXHIBIT A

7.    Preliminary review of all correspondence and pleadings generated or received by the Trustee's attorneys;

8.    Review of Proof of Claim document, preparation of memo re:  preliminary grounds for objection to same;

9.    Fielded all creditor inquiries regarding the administration of the estate.

(See time records attached.)

**Yalden, Olsen & Willette**

# Invoice

FEIN 36-4156203
1318 East State Street
Rockford, IL 61104

| DATE | INVOICE # |
|------|-----------|
| 10/3/2007 | 13156 |

| BILL TO |
|---------|
| U.S. Bankruptcy Court<br>211 South Court<br>Rockford, IL 61101 |

| | | CASE NUMBER | IN REFERENCE TO: |
|---|---|---|---|
| | UST | 06-72486 | Unto-Trustee time |

| DATE | ATTY | PROFESSIONAL SERVICES | QTY/HRS | PRICE |
|------|------|----------------------|---------|-------|
| 2/26/2007 | UST | File review, attempted voice mail to Debtor's counsel regarding piano buyout, e-mail to Debtor's counsel regarding same. | 0.2 | 0.00 |
| 3/11/2007 | UST | Review of file, e-mail to Debtors' counsel regarding status of production. | 0.15 | 0.00 |
| 3/12/2007 | UST | Review of e-mail from Debtors' counsel regarding status on compliance with production request. | 0.15 | 0.00 |
| 3/13/2007 | UST | Review of file, review of production from Debtors regarding R-vest (?) Bank litigation, Utica Physical Therapy, conference with several attorneys in Tulsa, Oklahoma regarding underlying factual situation and representation of Trustee, review of satellite images of Debtor's residence.  Conference with local broker regarding termination of ownership. | 1.75 | 0.00 |
| 3/16/2007 | UST | E-mail from David England regarding disposition of Utica PT, return fax regarding compliance with production request. | 0.15 | 0.00 |
| 3/16/2007 | UST | Conference with Dave England regarding Utica Physical Therapy information, search on Google for Lorraine Reyes. | 0.4 | 0.00 |
| 3/25/2007 | UST | Review of file, e-mail to David England at Utica Physical Therapy regarding status of production of documents. | 0.25 | 0.00 |
| 3/25/2007 | UST | Research of Utica Physical Therapy website. | 0.2 | 0.00 |

| | **Total** |
|---|---|

**Yalden, Olsen & Willette**

# Invoice

FEIN 36-4156203
1318 East State Street
Rockford, IL 61104

| DATE | INVOICE # |
|------|-----------|
| 10/3/2007 | 13156 |

| BILL TO |
|---------|
| U.S. Bankruptcy Court
211 South Court
Rockford, IL 61101 |

| | CASE NUMBER | IN REFERENCE TO: |
|---|---|---|
| UST | 06-72486 | Unto-Trustee time |

| DATE | ATTY | PROFESSIONAL SERVICES | QTY/HRS | PRICE |
|------|------|----------------------|---------|-------|
| 3/25/2007 | UST | Review of file, e-mail to Debtor's counsel regarding status of compliance with request to produce. | 0.2 | 0.00 |
| 3/28/2007 | UST | Conference with Debtor's counsel regarding status on production, piano invoice. | 0.15 | 0.00 |
| 3/28/2007 | UST | Review of fax from Debtor's counsel regarding Bill of Sale on piano, return e-mail regarding by out of same. | 0.2 | 0.00 |
| 3/31/2007 | UST | Review of tax returns and financial statements for Utica Physical Therapy. | 0.4 | 0.00 |
| 4/2/2007 | UST | Review of e-mail from Debtor's counsel with regard to purchase of personal property. | 0.1 | 0.00 |
| 4/2/2007 | UST | Organization of documents produced. | 0.25 | 0.00 |
| 4/2/2007 | UST | Conference with Dave Englund at Utica P.T. with regard to production of Capital call letters, operating agreement and indictments against Dr. ??? | 0.2 | 0.00 |
| 4/3/2007 | UST | Conference with Attorney Terry Stillwell at the Oklahoma Attorney General's Office regarding underlying factual information. | 0.25 | 0.00 |
| 4/4/2007 | UST | Conference with Attorney Weiss with regard to buyout of piano interest, valuation, procedures to verify same. | 0.25 | 0.00 |
| 4/6/2007 | UST | Preparation of Initial Report of Trustee in Asset Case, cash receipt & disbursement ledger, estate property record, record case on asset log. | 0.4 | 0.00 |

| | **Total** |
|---|---|

**Yalden, Olsen & Willette**

# Invoice

FEIN 36-4156203
1318 East State Street
Rockford, IL 61104

| DATE | INVOICE # |
|------|-----------|
| 10/3/2007 | 13156 |

| BILL TO |
|---------|
| U.S. Bankruptcy Court
211 South Court
Rockford, IL 61101 |

| | CASE NUMBER | IN REFERENCE TO: |
|---|---|---|
| UST | 06-72486 | Unto-Trustee time |

| DATE | ATTY | PROFESSIONAL SERVICES | QTY/HRS | PRICE |
|------|------|----------------------|---------|-------|
| 4/11/2007 | UST | Receipt and docketing proof of claim bar date. | 0.15 | 0.00 |
| 4/12/2007 | UST | Review of file, e-mail to Debtor's counsel regarding production of documents. | 0.25 | 0.00 |
| 4/12/2007 | UST | Preparation of offer to purchase to remaining shareholders of LLC. | 0.25 | 0.00 |
| 4/12/2007 | UST | Review of fax of carbon copies of canceled checks (worthless). | 0.25 | 0.00 |
| 4/16/2007 | UST | Conference with Dave Englund at Utica PT regarding buyout of equity interest. | 0.25 | 0.00 |
| 4/16/2007 | UST | Review of file, e-mail to Attorney David Englund regarding offer of purchase and sale. | 0.25 | 0.00 |
| 4/17/2007 | UST | Conference with Andrew Weiss regarding status on production. | 0.15 | 0.00 |
| 4/18/2007 | UST | Conference with Attorney Jim Hubra (sp) from Tulsa, OK regarding subpoena of financial statements from R-Vest Bank. | 0.2 | 0.00 |
| 4/18/2007 | UST | File review, e-mail to Dave England at Utica PT regarding buyout of estate's interest. | 0.25 | 0.00 |
| 4/20/2007 | UST | Conference with Dave England regarding tying up offer to purchase. | 0.15 | 0.00 |
| 4/24/2007 | UST | E-mail from Attorney David England regarding buyout of Utica Physical Therapy. | 0.15 | 0.00 |
| 4/25/2007 | UST | Banking, depositing of cashier's check on buyout of Utica Physical Therapy. | 0.2 | 0.00 |
| 4/30/2007 | UST | Review of production response from Debtor's counsel regarding financial records and piano insurance. | 0.4 | 0.00 |

| | **Total** | |
|---|---|---|

Page 3

**Yalden, Olsen & Willette**

FEIN 36-4156203
1318 East State Street
Rockford, IL 61104

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/3/2007 | 13156 |

| BILL TO |
|---------|
| U.S. Bankruptcy Court<br>211 South Court<br>Rockford, IL 61101 |

| | | CASE NUMBER | IN REFERENCE TO: |
|---|---|---|---|
| | UST | 06-72486 | Unto-Trustee time |

| DATE | ATTY | PROFESSIONAL SERVICES | QTY/HRS | PRICE |
|------|------|----------------------|---------|-------|
| 5/3/2007 | UST | Conference with Debtor's counsel regarding issues involving buyout of piano, occupancy of residence. | 0.3 | 0.00 |
| 5/3/2007 | UST | Conference with Dave England regarding status of purchase offer, court appearance regarding same. | 0.2 | 0.00 |
| 5/9/2007 | UST | Conference with Attorney Terry Stillwell of the Oklahoma Attorney General's Office with regard to flight risk for Patrick ???   on release for bond pending trial.  Issues involving marital assets, etc. | 0.15 | 0.00 |
| 5/9/2007 | UST | Balancing bank statement. | 0.15 | 0.00 |
| 5/14/2007 | UST | Review of file. | 0.2 | 0.00 |
| 5/14/2007 | UST | Review of file in preparation of court hearing on Motion to Sell Utica Physical Therapy interest. | 0.2 | 0.00 |
| 5/16/2007 | UST | Voice mail from and to Dave England with regard to buyout of Utica Physical Therapy. | 0.2 | 0.00 |
| 5/18/2007 | UST | Obtain certified copy of court order from USBC Clerk.  Review of file, correspondence to purchaser regarding transmittal of certified copy of court order and assignment of interest. | 0.5 | 0.00 |
| 5/23/2007 | UST | Conference with Dave England regarding status of transmittal documents. | 0.15 | 0.00 |
| 6/3/2007 | UST | Banking. | 0.1 | 0.00 |
| 6/14/2007 | UST | Review of file for overall status. | 0.2 | 0.00 |
| 6/15/2007 | UST | Balancing bank statement. | 0.15 | 0.00 |

| | **Total** |
|---|---|

## Yalden, Olsen & Willette

FEIN 36-4156203
1318 East State Street
Rockford, IL 61104

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/3/2007 | 13156 |

| BILL TO |
|---------|
| U.S. Bankruptcy Court<br>211 South Court<br>Rockford, IL 61101 |

| | | CASE NUMBER | IN REFERENCE TO: |
|---|---|---|---|
| | UST | 06-72486 | Unto-Trustee time |

| DATE | ATTY | PROFESSIONAL SERVICES | QTY/HRS | PRICE |
|------|------|------------------------|---------|-------|
| 6/30/2007 | UST | Banking. | 0.15 | 0.00 |
| 7/10/2007 | UST | Preparation of case progress report. | 0.2 | 0.00 |
| 7/10/2007 | UST | Review of proof of claims and proof of claim docket. | 0.3 | 0.00 |
| 7/11/2007 | UST | Balancing bank statement. | 0.15 | 0.00 |
| 7/16/2007 | UST | Review of file, Pacer review for proof of claims, conference with Attorney Huber regarding amendment of Arvis (sp) Bank's claim. | 0.2 | 0.00 |
| 7/23/2007 | UST | Receipt and docketing of amended by Arvis Bank. | 0.15 | 0.00 |
| 8/3/2007 | UST | Banking. | 0.2 | 0.00 |
| 10/1/2007 | UST | Estimated time to close:  Preparaiton of final report, supplemental final report, dividend letters to creditors, court appearance re: same. | 2 | 0.00 |
| | | COSTS ADVANCED: | | |
| | Reimb Group | | | |
| 4/10/2007 | | ccs: Notice to Employ Attorneys (52 x .15) - $7.80 | | 7.80 |
| 4/10/2007 | | Postage: Notice to Employ Atotrneyss (.39 x 28) - $10.94 | | 10.92 |
| 4/17/2007 | | McHenry County Recorder - $20.50 | | 20.50 |
| 4/24/2007 | | ccs: Notice to Compromise (52 x .15) - $7.80 | | 7.80 |
| 4/24/2007 | | Postage: Notice to Compromise (.39 x 26) - $10.14 | | 10.14 |
| 5/10/2007 | | ccs: Notice of Intended Sale (44 x .15) - $6.60 | | |

| | Total |
|---|---|
| | |

**Yalden, Olsen & Willette**

FEIN 36-4156203
1318 East State Street
Rockford, IL 61104

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/3/2007 | 13156 |

| BILL TO |
|---------|
| U.S. Bankruptcy Court<br>211 South Court<br>Rockford, IL 61101 |

| | CASE NUMBER | IN REFERENCE TO: |
|---|---|---|
| UST | 06-72486 | Unto-Trustee time |

| DATE | ATTY | PROFESSIONAL SERVICES | QTY/HRS | PRICE |
|------|------|----------------------|---------|-------|
| 5/10/2007 | | Postage: Intended Sale (21 x .39) - $8.19 | | |
| 5/18/2007 | | Certified copy of 5/16 - $9.50 | | 9.50 |
| 10/1/2007 | | ccs: Final Report 150 x .15 - $22.50 | | 22.50 |
| | | Total Reimbursable Expenses | | 89.16 |

| | **Total** | $89.16 |
|---|---|---|

# Form 1

Page: 1

## Individual Estate Property Record and Report
### Asset Cases

| | |
|---|---|
| **Case Number:** 06-72486 MB | **Trustee:** (330400)    JOSEPH D. OLSEN |
| **Case Name:** UNTO, IMELDA P | **Filed (f) or Converted (c):** 12/29/06 (f) |
| | **§341(a) Meeting Date:** 01/25/07 |
| **Period Ending:** 10/05/07 | **Claims Bar Date:** 07/10/07 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. DA=§554(c) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Ckg/Svg Accts | 0.00 | 0.00 | DA | 0.00 | FA |
| 2 | HHG/furnishings | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 3 | Wearing apparel | 800.00 | 0.00 | DA | 0.00 | FA |
| 4 | Term life Insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 5 | 401K | 1,542.00 | 0.00 | DA | 0.00 | FA |
| 6 | Utica Physical Therapy | Unknown | 15,000.00 | | 15,000.00 | 0.00 |
| 7 | Alexian Properties | Unknown | 0.00 | DA | 0.00 | FA |
| 8 | Vehicle | 8,480.00 | 0.00 | DA | 0.00 | FA |
| 9 | Grand Piano  (u) | 10,000.00 | Unknown | | 4,500.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 44.55 | Unknown |
| 10 | **Assets    Totals** (Excluding unknown values) | **$22,322.00** | **$15,000.00** | | **$19,544.55** | **$0.00** |

**Major Activities Affecting Case Closing:**

Very recent case.  Trustee investigating interest in Utica Physical Therapy & personal property issues.  Discovery still outstanding.

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 06-72486 MB | **Trustee:** (330400)   JOSEPH D. OLSEN |
| **Case Name:** UNTO, IMELDA P | **Filed (f) or Converted (c):** 12/29/06 (f) |
| | **§341(a) Meeting Date:** 01/25/07 |
| **Period Ending:** 10/05/07 | **Claims Bar Date:** 07/10/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. DA=§554(c) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**   December 30, 2007          **Current Projected Date Of Final Report (TFR):**   October 5, 2007   (Actual)

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 06-72486 MB |
| **Case Name:** | UNTO, IMELDA P |
| **Taxpayer ID #:** | 13-7564902 |
| **Period Ending:** | 10/05/07 |

| | |
|---|---|
| **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****96-65 - Money Market Account |
| **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/27/07 | {6} | Renee England | Purchase of 40% of stock | 1129-000 | 15,000.00 | | 15,000.00 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.25 | | 15,008.25 |
| 06/05/07 | {9} | Imelda Unto | pymt. on piano | 1229-000 | 900.00 | | 15,908.25 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.11 | | 15,916.36 |
| 07/02/07 | {9} | Imelda Unto | Pymt on Grand Piano | 1229-000 | 900.00 | | 16,816.36 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.49 | | 16,825.85 |
| 08/10/07 | {9} | Imelda Unto | Mo. pymt for piano | 1229-000 | 900.00 | | 17,725.85 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.57 | | 17,735.42 |
| 09/05/07 | {9} | Imelda Unto | Pymt on piano | 1229-000 | 900.00 | | 18,635.42 |
| 09/14/07 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2007 FOR CASE #06-72486, Bond #016018067 Voided on 09/14/07 | 2300-003 | | 20.70 | 18,614.72 |
| 09/14/07 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2007 FOR CASE #06-72486, Bond #016018067 Voided: check issued on 09/14/07 | 2300-003 | | -20.70 | 18,635.42 |
| 09/14/07 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2007 FOR CASE #06-72486, Bond #016018067 | 2300-000 | | 31.37 | 18,604.05 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.13 | | 18,613.18 |
| 10/01/07 | {9} | Imelda Unto | pymt on piano | 1229-000 | 900.00 | | 19,513.18 |

**Subtotals :** $19,544.55   $31.37

{} Asset reference(s)

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 06-72486 MB |
| **Case Name:** | UNTO, IMELDA P |
| **Taxpayer ID #:** | 13-7564902 |
| **Period Ending:** | 10/05/07 |

| | |
|---|---|
| **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****96-65 - Money Market Account |
| **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **19,544.55** | **31.37** | **$19,513.18** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **19,544.55** | **31.37** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$19,544.55** | **$31.37** | |

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 06-72486 MB |
| **Case Name:** | UNTO, IMELDA P |
| **Taxpayer ID #:** | 13-7564902 |
| **Period Ending:** | 10/05/07 |

| | |
|---|---|
| **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****96-66 - Checking Account |
| **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| | |
|---|---|
| Net Receipts : | 19,544.55 |
| Net Estate : | $19,544.55 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****96-65** | 19,544.55 | 31.37 | 19,513.18 |
| **Checking # ***-*****96-66** | 0.00 | 0.00 | 0.00 |
| | **$19,544.55** | **$31.37** | **$19,513.18** |

{} Asset reference(s)

Printed: 10/05/2007 01:32 PM   V.9.55

**UNITED STATES BANKRUPTCY COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| IN RE:<br>UNTO, IMELDA P<br><br>UNTO-FAHEY, IMELDA P<br><br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 06-72486 MB<br><br>HONORABLE  MANUEL BARBOSA |

## DISTRIBUTION REPORT

I, <u>JOSEPH D. OLSEN</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---|
| Secured Claims | $        0.00 |
| Chapter 7 Administrative Expenses: | $     4,073.62 |
| Chapter 11 Administrative Expenses: | $        0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $        0.00 |
| Secured Tax Liens: | $        0.00 |
| Priority Tax Claims: | $     2,456.45 |
| Other Priority Claims (507(a)(9)): | $        0.00 |
| General Unsecured Claims: | $    12,983.11 |
| Tardily-Filed Unsecured Claims: | $        0.00 |
| Fines, Penalties & Punitive Damages: | $        0.00 |
| Post-Petition Interest: | $        0.00 |
| Surplus to Debtor: | $        0.00 |

<u>TOTAL AMOUNT TO BE DISTRIBUTED:</u>        $     19,513.18

**DISTRIBUTION REPORTS**                                           **PAGE 1**

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | Secured Claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $4,073.62 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | Yalden, Olsen & Willette | 1,280.00 | 1,280.00 |
| | JOSEPH D. OLSEN | 2,704.46 | 2,704.46 |
| | JOSEPH D. OLSEN | 89.16 | 89.16 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

**DISTRIBUTION REPORTS**                                                    **PAGE 2**

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|----|----------------|------------------------|------------------|
|    | §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|----|----------------|------------------------|------------------|
|    | §507(a)(3) - Wages, salaries or commissions limited to $4,000.00 | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|----|----------------|------------------------|------------------|
|    | §507(a)(4) - Contributions to Employee Benefit Funds | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|----|----------------|------------------------|------------------|
|    | §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,000.00 | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**DISTRIBUTION REPORTS**                                                    **PAGE 3**

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(6) - Deposits by consumers to the extent of $1,800.00 | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(7) - Alimony | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §724(b)(6) - Tax Liens | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties | $2,456.45 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| 5-A | Internal Revenue Service | 2,456.45 | 2,456.45 |

**DISTRIBUTION REPORTS** <span style="float:right">**PAGE 4**</span>

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $222,666.19 | 5.83% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| 2 | Discover Bank/Discover Financial Services | 7,515.69 | 438.22 |
| 3 | Birch Telecom | 157.76 | 9.20 |
| 4 | Arvest Bank | 213,801.27 | 12,466.22 |
| 5 | Internal Revenue Service | 1,191.47 | 69.47 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

DISTRIBUTION REPORTS                                           **PAGE 5**

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|-----|----------------|------------------------|------------------|
|  | §726(a)(4) - Fines/penalties | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|-----|----------------|------------------------|------------------|
|  | §726(a)(5) - Interest | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|-----|----------------|------------------------|------------------|
|  | §726(a)(6) - Surplus to Debtor | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

**DISTRIBUTION REPORTS**                                                                    **PAGE 6**

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant or barred from distribution.

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOW /WITHDRAW DESIGNATE |
|---|---|---|---|---|

NONE.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:____    10/5/07____                    _s/s   Joseph D. Olsen_____

JOSEPH D. OLSEN, Trustee