Case Name:   UNTO, IMELDA P.
             UNTO-FAHEY, IMELDA P.
Case No:     06-72486

## CERTIFICATION OF REVIEW

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.


Dated: 11/21/07                    WILLIAM T. NEARY
                                   United States Trustee, Region 11



                    BY:   /s/ Carole J. Ryczek
                          Carole J. Ryczek
                          Attorney for the U.S. Trustee