# UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>UNTO, IMELDA P | CHAPTER 7 -- Liquidation |
| UNTO-FAHEY, IMELDA P | CASE NO. 06-72486 MB |
| Social Security/Employer Tax ID Number:<br>xxx-xx-7200  13-7564902<br>Debtor(s) | HONORABLE  MANUEL BARBOSA |

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO ALL CREDITORS:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held by the undersigned judge at the U.S. BANKRUPTCY COURT, 211 South Court, Rockford, IL 61101, on **DECEMBER 17, 2007 at 1:00 P.M.**

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES NOW REQUESTED |
|---|---|---|---|
| Yalden, Olsen & Willette<br>Attorney/Trustee | 0.00 | 1,280.00 | |
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 2,704.46 | |

| | | |
|---|---|---|
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 89.16 |

4.  The Trustee's Final Report shows total:

    a.  Receipts                                  $ _____ 19,544.55

    b.  Disbursements                             $ _____ 31.37

    c.  Net Cash Available for Distribution       $ _____ 19,513.18

5.  In addition to the fees, compensation and expenses that may be allowed by the Court, liens and priority claims which must be paid in advance of general unsecured creditors have been allowed in the amount of $2,456.45, which leaves a total amount of $12,983.11, to be distributed to general unsecured creditors whose claims have been allowed in the total amount of $222,666.19.

6.  The debtor has been discharged.

7.  The Trustee proposed to abandon the following property at the hearing:


____11/21/07____                         ____s/s Joseph D. Olsen____
DATE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-3                User: cshabez                Page 1 of 1                Date Rcvd: Nov 26, 2007
Case: 06-72486                      Form ID: pdf002              Total Served: 31

The following entities were served by first class mail on Nov 28, 2007.
db         +Imelda P Unto,    10973 Greywall Lane,    Huntley, IL 60142-4072
aty        +Andrew K. Weiss,    Legal Helpers,    20 W. Kinzie Street,    #1300,    Chicago, IL 60610-7065
aty        +Jaime Dowell,    Legal Helpers,    20 West Kinzie,    Suite 1300,    Chicago, IL 60610-7065
tr         +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
11085014   +Account Service,    1802 Ne Loop 410 S,    San Antonio, TX 78217-5298
11085015   +Account Services,    1802 Ne Loop 410 S,    San Antonio, TX 78217-5298
11085016   +Arvest Bank,    502 S Main,    Tulsa, OK 74103-4425
11085018   +Aspen Medical Imaging,    701 N. Aspen,    Broken Arrow, OK 74012-2224
11085019   +Bank Of America,    PO Box 1598,    Norfolk, VA 23501-1598
11085020   +Birch Telecom,    PO Box 927,    Emporia, KS 66801-0927
11085021   +Central State Recovery,    1314 N Main St,    Hutchinson, KS 67501-4002
11085022    Circuit City/Chase,    PO Box 100045,    Kennesaw, GA 30156-9245
11085023   +Citibank,    PO Box 6241,    Sioux Falls, SD 57117-6241
11085024   +Collection,    700 Longwater Driv,    Norwell, MA 02061-1796
11085025   +Collier & Huber,    111 W. Fifth St.,    Ste. 700,    Tulsa, OK 74103-4261
11085027    GMAC,    P.O. Box 10729,    Midland, TX 79702
11085028   +Good Shephard Hospital,    Health & Fitness Center,    450 W. Highway 22,
             Barrington, IL 60010-7509
11085029   +Good Shepherd Hospital,    450 W Highway 22,    Barrington, IL 60010-1999
11085030   +Harris,    600 W Jackson Suite 700,    Chicago, IL 60661-5629
11608796  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
             PHILADELPHIA PA 19114-0326
            (address filed with court:   Internal Revenue Service,    Centralized Insolvency Operations,
             P.O.Box 21126,    Philadelphia, Pa. 19114)
11085013   +Jaime Dowell,    Legal Helpers, PC,    20 W. Kinzie,    13th Floor,    Chicago, IL 60610-6392
11085031   +Kca Financial Svcs,    628 North St,    Geneva, IL 60134-1356
11085032   +MBNA,    PO Box 17054,    Wilmington, DE 19884-0001
11085033   +Medical Data Systems Inc,    2001 9th Ave Ste 312,    Vero Beach, FL 32960-6413
11085034   +NCO Fin/31,    PO Box 41667,    Philadelphia, PA 19101-1667
11085035   +Oklahoma Natural Gas,    100 W. Fifth St.,    Tulsa, OK 74103-4298
11085037    Southcrest Hospital,    S. 101st E. Ave,    Tulsa, OK 74133
11085038   +Visa Credit Card Services,    225 Chastain Meadows Ct,    Kennesaw, GA 30144-5841

The following entities were served by electronic transmission on Nov 27, 2007.
11085019   +E-mail/PDF: bankofamerica2ebn@americaninfosource.com Nov 27 2007 03:54:36      Bank Of America,
             PO Box 1598,    Norfolk, VA 23501-1598
11085026    E-mail/PDF: mrdiscen@discoverfinancial.com Nov 27 2007 04:31:24       Discover Financial,
             PO Box 15316,    Wilmington, DE 19850
11304395   +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 27 2007 04:31:24
             Discover Bank/Discover Financial Services,    PO Box 3025,    New Albany OH 43054-3025
11085032   +E-mail/PDF: bankofamerica2ebn@americaninfosource.com Nov 27 2007 03:54:56      MBNA,
             PO Box 17054,    Wilmington, DE 19884-0001
11085036   +E-mail/Text: resurgentbknotifications@resurgent.com                    Sherman Acquisitions,
             PO Box 740281,    Houston, TX 77274-0281
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*       +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
11085017*   Arvest Bank,    502 S. Main,    Tulsa, OK 74103-4425
11085012*  +Imelda P Unto,    10973 Greywall Lane,    Huntley, IL 60142-4072
                                                                                              TOTALS: 0, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 28, 2007**              **Signature:** _Joseph Speetjens_